Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 THROUGH 10,<br><br>Defendants. | **CERTIFICATE OF DEFAULT**<br><br><br>Case No.: 2:01-cv-213A S<br><br>Judge David Sam |

The Defendant Arthur International Inc., having been regularly served with process in this action and having failed to properly appear and answer the Plaintiff's Complaint in accordance with the Rules of Civil Procedure, and the time allowed by law for answering having expired, the default of Defendant Arthur International Inc. is hereby entered according to law.



ATTEST my hand, and the seal of this Court, this 4th day of May, 2001.

**MARKUS B. ZIMMER**

CLERK

By: *[signature]*
Deputy Clerk

ce

United States District Court
for the
District of Utah
May 7, 2001

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:01-cv-00213

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Michael W Homer, Esq.
    SUITTER AXLAND
    PO BOX 45101
    175 S WEST TEMPLE #700
    SALT LAKE CITY, UT  84145-1480
    JFAX 9,5327355

    Arthur International
    c/o David Higham
    355 N 550 E
    EPHRAIM, UT  84627

    Ms Mona Lyman Burton, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT  84133
    JFAX 9,5214252