Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | : | |
| Plaintiff, | : | **DEFAULT JUDGMENT** |
| vs. | : | |
| ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 THROUGH 10, | : | Case No.: 2:01-cv-2135<br><br>Judge: |
| Defendants. | : | |

The Defendant Arthur International Inc. has failed to Answer the Complaint filed by Plaintiff within the time period allowed by law in this action, and its default has been entered. Default Judgment is now entered in favor of Plaintiff and against Defendant Arthur International Inc. as follows:



Entered on docket
5/10/01 by:
Deputy Clerk

IT IS ORDERED that Plaintiff Church of Scientology International be awarded judgment against Defendant Arthur International Inc. in the amount of $815,868.00, plus interest thereon at the applicable pre-judgment and post-judgment interest rates, plus Plaintiff's costs of suit and attorney fees incurred in this action, to be shown by an affidavit acceptable to this Court.

IT IS FURTHER ORDERED that Defendant Arthur International Inc. deliver to Plaintiff all work product, including translations, created by Defendant Arthur International Inc. or its agents or independent contractors pursuant to the Revised Independent Contractor Agreement dated August 17, 1999 between Defendant Arthur International Inc. and Plaintiff.

IT IS FURTHER ORDERED that Defendant Arthur International identify all persons who acted as translators of the documents that were to be translated pursuant to the Revised Independent Contractor Agreement.

DATED this 4th day of May, 2001.

By: _____
Judge David S. Sam
United States District Court Judge

kam

United States District Court
for the
District of Utah
May 10, 2001

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:01-cv-00213

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Michael W Homer, Esq.
    SUITTER AXLAND
    PO BOX 45101
    175 S WEST TEMPLE #700
    SALT LAKE CITY, UT   84145-1480
    JFAX 9,5327355

    Arthur International
    c/o David Higham
    355 N 550 E
    EPHRAIM, UT   84627

    Ms Mona Lyman Burton, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT   84133
    JFAX 9,5214252