FILED
CLERK U S DISTRICT COURT

11 JUL 01 AM 11: 01

DISTRICT OF UTAH

BY:_____
CLERK

Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah  84101-1480
Telephone:  (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS AHLMANN, and DOES 1 THROUGH 10,<br><br>Defendants. | **CERTIFICATE OF DEFAULT FOR DEFENDANTS KENNETH HALL AND THOMAS AHLMANN**<br><br>Case No.: 2:01-cv-213<br><br>Judge David Sam |

Defendants Kenneth Hall and Thomas Ahlmann, having been regularly served with process in this action and having failed to properly appear and answer the Plaintiff's Complaint in accordance with the Rules of Civil Procedure, and the time allowed by law for answering having expired, the default of Defendants Kenneth Hall and Thomas Ahlmann is hereby entered according to law.



ATTEST my hand, and the seal of this Court, this ___11th___ day of July, 2001.

**MARKUS B. ZIMMER**

CLERK

By _____

Deputy Clerk

2

kam

United States District Court
for the
District of Utah
July 12, 2001


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:01-cv-00213


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


> Mr. Michael W Homer, Esq.
> SUITTER AXLAND
> PO BOX 45101
> 175 S WEST TEMPLE #700
> SALT LAKE CITY, UT  84145-1480
> JFAX 9,5327355
>
> Arthur International
> c/o David Higham
> 355 N 550 E
> EPHRAIM, UT  84627
>
> Ms Mona Lyman Burton, Esq.
> MCKAY BURTON & THURMAN
> 10 E SOUTH TEMPLE STE 600
> SALT LAKE CITY, UT  84133
> JFAX 9,5214252
>
> Kenneth Hall
> 206 BROADWATER ROAD
> WEST MALLING, KENT
> ME19 6HU  ENGLAND,
> UK
>
> Thomas Alhmann
> THE COPPINS, COPPER TREE COURT
> MAIDSTONE, KENT ME15 9RW,
> UK