FILED
CLERK, U.S. DISTRICT COURT

13 JUL 01 PM 4: 17

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
SUITTER AXLAND
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | **MOTION TO AMEND COMPLAINT** |
| Plaintiff, | |
| vs. | |
| ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS AHLMANN, and DOES 1 THROUGH 10, | Case No.: 2:01-cv-213S<br><br>Judge David Sam |
| Defendants. | |

Pursuant to Rule 15(a), *Federal Rules of Civil Procedure*, Plaintiff Church of Scientology International (CSI) moves this Court for an order granting CSI leave to amend its Complaint to add as additional defendants Robin Hansen, Arthur UK Limited, a United Kingdom private limited company, and Arthur U.K. Ltd., a dissolved United Kingdom private limited company. Robin Hansen was an officer of Defendant Arthur International Inc. Arthur UK Limited and Arthur U.K.

13.

Ltd. are believed to be alter egos of Defendants Kenneth Hall, Thomas Ahlmann, and Robin Hansen. This motion is supported by an accompanying Memorandum of Points and Authorities. A copy of the Proposed Amended Complaint is attached as Exhibit A to the Memorandum.

DATED this 12 day of July, 2001.

SUITTER AXLAND

By: _____
Michael W. Homer
Mark J. Morrise
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION TO AMEND COMPLAINT** was mailed, first class United States mail, postage prepaid, on this 12 day of July, 2001, to the following:

Jan Allred, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State #1300
Salt Lake City, Utah 84111
  *Attorneys for Silvia M. Carvalho*

Mona Lyman Burton, Esq.
MCKAY, BURTON & THURMAN
600 Gateway Tower East
10 East South Temple
Salt Lake City, Utah 84133
  *Attorneys for David Higham*

_____
Mark Morrise

G:\7001\1\Pleadings\Motion to Amend Complaint.wpd