

FILED
CLERK U.S. DISTRICT COURT
13 JUL 01 PM 4: 17
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 THROUGH 10,<br><br>Defendants. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND COMPLAINT**<br><br><br>Case No.: 2:01-cv-213S<br><br>Judge David Sam |

Pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure*, Plaintiff Church of Scientology International ("CSI") submits this memorandum in support of its motion to amend the initial Complaint to add Robin Hansen, Arthur UK Limited, and Arthur UK Limited as Defendants. A copy of the Proposed Amended Complaint is attached as Exhibit A.



## BACKGROUND

1. On or about March 27, 2001, CSI filed this action against Defendant Arthur International Inc. for breach of an $850,000 contract to provide translation services.

2. The Complaint also names as Defendants Kenneth Hall and Thomas Ahlmann, who were owners, directors, or officers of Arthur International.

3. After filing the Complaint, CSI discovered that Robin Hansen was also an officer of Arthur International and participated in the wrongful acts perpetrated against CSI. Therefore, CSI wishes to add Robin Hansen as a Defendant.

4. After filing the Complaint, CSI discovered that Thomas Ahlmann also ran translation companies in the United Kingdom named "Arthur U.K. Ltd." and "Arthur UK Limited." CSI believes these United Kingdom companies to be alter egos of the individual Defendants. CSI also believes that Hall and Ahlmann transferred assets from Arthur International to the United Kingdom companies. Accordingly, CSI desires to add the United Kingdom Companies as Defendants.

## ARGUMENT

Rule 15(a), *Fed. R. Civ. P.*, provides that leave to amend a pleading "shall be freely given when justice so requires." The grant or denial of leave to amend a complaint is committed to the district court's discretion, but it is an abuse of that discretion to deny leave to amend unless there is sufficient reason, such as undue delay, bad faith, dilatory motive, or undue prejudice to the opposing party. *E.g., First City Bank v. Air Capitol Aircraft Sales*, 820 F.2d 1127 (10th Cir. 1987).

This Court should grant CSI's motion to add Hansen, Arthur UK Limited, Arthur U.K. Ltd. as Defendants because the case is only about 4 months old; the motion is made in good faith and not to delay the litigation; and the opposing parties will not be unduly prejudiced by the amendment. To date, only one Defendant, David Higham, has filed an answer and has testified at his deposition. The amendment does not raise any new claims against Mr. Higham or any of the other Defendants, and therefore they cannot be prejudiced by the amendment. Accordingly, under the liberal standard set forth in Rule 15(a), *Fed. R. Civ. P.*, CSI should be granted leave to amend its Complaint.

## CONCLUSION

Because no reason exists to deny the motion to amend, this Court should grant the motion.

DATED this 12 day of July, 2001

SUITTER AXLAND

By: *[signature]*
Michael W. Homer
Mark J. Morrise
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND COMPLAINT** was mailed, first class United States mail, postage prepaid, on this _12_ day of July, 2001, to the following:

Jan Allred, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State #1300
Salt Lake City, Utah 84111
   *Attorneys for Silvia M. Carvalho*

Mona Lyman Burton, Esq.
MCKAY, BURTON & THURMAN
600 Gateway Tower East
10 East South Temple
Salt Lake City, Utah 84133
   *Attorneys for David Higham*

_____
Mark Morrise

G:\7001\1\Pleadings\Memo in Support of Motion to Amend.wpd

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.