Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

FILED
CLERK, U.S. DISTRICT COURT

19 JUL 01 AM 9: 51

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS AHLMANN, and DOES 1 THROUGH 10,<br><br>Defendants. | **DEFAULT JUDGMENT AGAINST DEFENDANTS KENNETH HALL AND THOMAS AHLMANN**<br><br>Case No.: 2:01-cv-213S<br><br>Judge: David S. Sam |

Defendants Kenneth Hall and Thomas Ahlmann have failed to Answer the Complaint filed by Plaintiff within the time period allowed by law in this action, and their default has been entered. Default Judgment is now entered in favor of Plaintiff and against Defendants Kenneth Hall and Thomas Ahlmann as follows:

Entered on docket
7/20/01 by:
_Kam_
Deputy Clerk

15

IT IS ORDERED that Plaintiff Church of Scientology International be awarded judgment against Defendant Kenneth Hall in the amount of $815,868.00, plus interest thereon at the applicable pre-judgment and post-judgment interest rates, plus Plaintiff's costs of suit and attorney fees incurred in this action, to be shown by an affidavit acceptable to this Court.

IT IS FURTHER ORDERED that Plaintiff Church of Scientology International be awarded judgment against Defendant Thomas Ahlmann in the amount of $815,868.00, plus interest thereon at the applicable pre-judgment and post-judgment interest rates, plus Plaintiff's costs of suit and attorney fees incurred in this action, to be shown by an affidavit acceptable to this Court.

IT IS FURTHER ORDERED that Defendants Kenneth Hall and Thomas Ahlmann deliver to Plaintiff all work product, including translations, created by Defendant Arthur International Inc. or its agents or independent contractors pursuant to the Revised Independent Contractor Agreement dated August 17, 1999 between Defendant Arthur International Inc. and Plaintiff.

IT IS FURTHER ORDERED that Defendants Kenneth Hall and Thomas Ahlmann identify all persons who acted as translators of the documents that were to be translated pursuant to the Revised Independent Contractor Agreement.

DATED this __17__ day of July, 2001.

By: _____/s/ David Sam_____
Judge David Sam
United States District Court Judge

2

                                                                    kam
                        United States District Court
                                  for the
                             District of Utah
                            July 20, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-cv-00213


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


        Mr. Michael W Homer, Esq.
        SUITTER AXLAND
        PO BOX 45101
        175 S WEST TEMPLE #700
        SALT LAKE CITY, UT   84145-1480
        JFAX 9,5327355

        Arthur International
        c/o David Higham
        355 N 550 E
        EPHRAIM, UT   84627

        Ms Mona Lyman Burton, Esq.
        MCKAY BURTON & THURMAN
        10 E SOUTH TEMPLE STE 600
        SALT LAKE CITY, UT   84133
        JFAX 9,5214252

        Kenneth Hall
        206 BROADWATER ROAD
        WEST MALLING, KENT
        ME19 6HU   ENGLAND,
        UK

        Thomas Alhmann
        THE COPPINS, COPPER TREE COURT
        MAIDSTONE, KENT ME15 9RW,
        UK