Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300

*Attorneys for Plaintiff Church of Scientology International*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT SILVIA M. CARVALHO** |
| vs. | |
| ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS AHLMANN, and DOES 1 THROUGH 10, | Case No.: 2:01-cv-213S<br><br>Judge David Sam |
| Defendants. | |

Pursuant to *Rule 41(a)(1)(i), Federal Rules of Civil Procedure*, Plaintiff Church of Scientology International gives notice that Defendant Silvia M. Carvalho, who has not filed an answer or filed a motion for summary judgment in the above-captioned case, is hereby dismissed without prejudice.



DATED this  2  day of August, 2001.

                              SUITTER AXLAND

                              By: _____
                                  Michael W. Homer
                                  Mark J. Morrise
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF DEFENDANT SILVIA M. CARVALHO** was mailed, first class United States mail, postage prepaid, on this __2__ day of August, 2001, to the following:

Jan Allred, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State #1300
Salt Lake City, Utah 84111
   *Attorneys for Silvia M. Carvalho*

Mona Lyman Burton, Esq.
MCKAY, BURTON & THURMAN
600 Gateway Tower East
10 East South Temple
Salt Lake City, Utah 84133
   *Attorneys for David Higham*

_____

G:\7001\1\Pleadings\Notice of Dismissal.wpd