THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | ) ) ) ) | Case No. 2:01-CV-0213-S |
| Plaintiff, | ) | |
| vs. | ) | O R D E R |
| DAVID HIGHAM and DOES 1 THROUGH 10, | ) ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The court having considered plaintiff's motion to amend complaint, there being no timely opposition and good cause appearing therefor, the motion is GRANTED.

IT IS SO ORDERED.

DATED this 14th day of August, 2001.

BY THE COURT:

_____
DAVID SAM
SENIOR JUDGE
U.S. DISTRICT COURT

```
                                                                    kam
                      United States District Court
                               for the
                          District of Utah
                         August 15, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *
```

Re:   2:01-cv-00213

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
     Mr. Michael W Homer, Esq.
     SUITTER AXLAND
     PO BOX 45101
     175 S WEST TEMPLE #700
     SALT LAKE CITY, UT   84145-1480
     JFAX 9,5327355

     Arthur International
     c/o David Higham
     355 N 550 E
     EPHRAIM, UT   84627

     Ms Mona Lyman Burton, Esq.
     MCKAY BURTON & THURMAN
     10 E SOUTH TEMPLE STE 600
     SALT LAKE CITY, UT   84133
     JFAX 9,5214252

     Kenneth Hall
     206 BROADWATER ROAD
     WEST MALLING, KENT
     ME19 6HU   ENGLAND,
     UK

     Thomas Alhmann
     THE COPPINS, COPPER TREE COURT
     MAIDSTONE, KENT ME15 9RW,
     UK
```