Michael W. Homer, Esq. (#1535)
Mark J. Morrise (#3840)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah  84101-1480
Telephone:  (801) 532-7300


FILED
13 AUG 01 PM 4: 12
DIS... UTAH
BY:
DEP... CLERK

*Attorneys for Plaintiff Church of Scientology International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTHUR INTERNATIONAL INC., a dissolved Utah corporation, DAVID HIGHAM, KENNETH HALL, THOMAS AHLMANN, and DOES 1 THROUGH 10,<br><br>    Defendants. | **NOTICE TO SUBMIT FOR DECISION**<br><br><br>Case No.: 2:01-cv-213S<br><br>Judge David Sam |

The following motion(s) are now at issue and ready for decision of the court.  The documents indicated have been filed with the court.

1.   (a) Type of motion:   Motion to Amend Complaint

   (b) Date filed: July 13, 2001

   (c) Party filing motion:  Plaintiff Church of Scientology International

   (d) ____ Affidavit in support

19

(e) <u>XXX</u>   Memorandum in support

(f) _____   Affidavit in opposition

(g) _____   Memorandum in opposition

(h) _____   Memorandum in reply

(i) _____   Other pleading(s) necessary to determine motion  (specify):

DATED this 10th day of August, 2001.

                SUITTER AXLAND

By: _____
                Michael W. Homer
                Mark J. Morrise
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE TO SUBMIT FOR DECISION** was mailed, first class United States mail, postage prepaid, on this 10th day of August, 2001, to the following:

>Mona Lyman Burton, Esq.
>MCKAY, BURTON & THURMAN
>600 Gateway Tower East
>10 East South Temple
>Salt Lake City, Utah 84133
>*Attorneys for David Higham*

*[signature]*

*G:\7001\1\Pleadings\SUBMIT.NOT.wpd*