Mona Lyman Burton (5399)
**MCKAY, BURTON & THURMAN**
600 Gateway Tower East
10 E. South Temple
Salt Lake City, UT 84133
Telephone: (801) 521-4135
Facsimile: (801) 521-4252

FILED
CLERK, U.S. DISTRICT COURT
24 SEP 01 AM 11:48
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, ) ) ) ) Plaintiff ) vs. ) ARTHUR INTERNATIONAL, INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 through 10, ) ) ) ) ) Defendants ) | Case No. 2:01CV213S<br><br>Judge Sam |

### ANSWER TO AMENDED COMPLAINT

David Higham, a defendant in the above proceeding, submits his Answer to the Amended Complaint, as follows:

1. The allegations contained in paragraphs 1 through 72 of the Amended Complaint, have already been answered by Defendant in his Answer to the original Complaint.

2. Defendant denies the allegations contained in paragraphs 73 through 77 of the Amended Complaint.



## AFFIRMATIVE DEFENSES

Plaintiff's complaint fails to state a claim against defendant on which relief may be granted.

DATED: September 21, 2001.

McKAY, BURTON & THURMAN

By: _____
Mona Lyman Burton

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was sent by U.S. mail, postage prepaid on the 24th day of September, 2001 to:

> Michael Homer
> Mark J. Morrise
> Suitter Axland
> 175 S. West Temple, Suite 700
> Salt Lake City, UT 84101-1480

*Jennifer Carson* (signature)