IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED
18 MAR 02 PM 4: 16
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

DATE: 3/18/02     TIME: 10:30 a.m.

| | | |
|---|---|---|
| Church of Scientology International | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:01CV213 S |
| | ) | |
| vs. | ) | |
| | ) | |
| Arthur International, Inc., David Higham, | ) | SCHEDULING ORDER |
| Silva M. Carvalho, Kenneth Hall, and Thomas | ) | |
| Alhmann | | |
| Defendant(s), | ) | |

Pursuant to Fed.R.Civ.P. 16(b), Magistrate Judge **Ronald Boyce** conducted a scheduling conference this date in the matter cited above. The following matters were discussed and scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on showing of good cause:

**I.  PLEADINGS/MOTIONS:**                                      **DATE**              **TIME**

    a.  Cutoff for Amended Pleadings                   N/A
        (Includes Addition of Parties)

    b.  Cutoff for Dispositive Motions                  9/27/02  nov            04:30pm

**II. DISCLOSURE:**                                             **YES**               **NO**

    a. Was Rule 26(f)(1) Conference held?                 X

    b. Was 26(a)(1) Initial Disclosure Completed?        X

    c. Has D.Ut. Form 64 been Submitted?                 X

                                                                **DATE**              **TIME**

    d. Date(s) for Other 26(a)(1) proceedings            N/A

    e. Rule 26(a)(2) Reports from Retained Experts

        Plaintiff(s)                                 N/A

        Defendant(s)                                 N/A

        Counter Reports

25

## SCHEDULING ORDER - 2

|     |     |                                      | DATE          | TIME        |
|-----|-----|--------------------------------------|---------------|-------------|
|     | e.  | Rule 26(a)(3) Pretrial Disclosures   |               |             |
|     |     | Plaintiff(s)                         | _____        | _____      |
|     |     | Defendant(s)                         | _____        | _____      |
| III.| **DISCOVERY CUTOFF**                       | *Completed*   | _____      |
| IV. | **DISCOVERY STIPULATIONS AND ORDERS**      | _____        | _____      |
| V.  | **PRETRIAL CONFERENCES:**                  |               |             |
|     | a.  | Special Attorney Conference          | _____        | _____      |
|     | b.  | Settlement Conference                | _____        | _____      |
|     | c.  | Final Supplementation                | _____        | _____      |
|     | d.  | Final Pretrial Conference            | 24 June 2002  | 02:30 pm    |

|     |        |                       | LENGTH | TIME    | DATE         |
|-----|--------|-----------------------|--------|---------|--------------|
| VI. | **TRIAL** |                    |        |         |              |
|     | a.     | Bench Trial           | 2 day  | 8:30 am | 18 July 2002 |
|     | b.     | Jury Trial            | _____ | _____  | _____       |
|     |        | Jurors:   Six _____  |        |         | Twelve _____|

|      |                                  | YES | NO |
|------|----------------------------------|-----|----|
| VII. | **ALTERNATIVE DISPUTE RESOLUTION** |     |    |
|      | a. Referral to Court-Annexed Mediation | _____ | X |
|      | b. Referral to Court-Annexed Arbitration | _____ | X |

|       |                                                                                              | NUMBER |
|-------|----------------------------------------------------------------------------------------------|--------|
| VIII. | **LIMITATIONS ON DISCOVERY**                                                                 |        |
|       | a. Maximum Number of Depositions by Plaintiff(s)                                             | N/A    |
|       | b. Maximum Number of Depositions by Defendant(s)                                             | N/A    |
|       | c. Maximum Number of Hours for Taking Depositions (unless extended by agreement of parties)  | N/A    |
|       | d. Maximum Interrogatories by any Party to any Party                                         | N/A    |

SCHEDULING ORDER - 3

IX. **OTHER MATTERS**

    a. Nature of Claim: _Breach of Contract_

    b. Settlement Potential: _Fair_

    c. Other: _____

Dated this _18th_ day of _March_, 20_02_.

BY THE COURT:

_____
Ronald N. Boyce
U.S. Chief Magistrate Judge

ce

United States District Court
for the
District of Utah
March 19, 2002


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-cv-00213


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Michael W Homer, Esq.
    SUITTER AXLAND
    PO BOX 45101
    175 S WEST TEMPLE #700
    SALT LAKE CITY, UT  84145-1480
    JFAX 9,5327355

    Arthur International
    c/o David Higham
    355 N 550 E
    EPHRAIM, UT  84627

    Kenneth Hall
    206 BROADWATER ROAD
    WEST MALLING, KENT
    ME19 6HU   ENGLAND,
    UK

    Thomas Alhmann
    THE COPPINS, COPPER TREE COURT
    MAIDSTONE, KENT ME15 9RW,
    UK

    Ms Mona Lyman Burton, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT  84133
    JFAX 9,5214252