```
                                             FILED
                                    CLERK, U.S. DISTRICT COURT

                                       -2 APR 02 AM 11: 37

                                       DISTRICT OF UTAH

                                    BY:_____
                                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | ) ) ) ) | Case No. 2:01-CV-0213-S |
| Plaintiff, | ) ) | ORDER RE: MOTIONS IN LIMINE |
| v. | ) ) | |
| DAVID HIGHAM and DOES 1 through 10, Defendants. | ) ) ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *


This order shall supplement DUCivR 47-1 and 51-1, and shall, in all cases, be followed unless otherwise ordered by the court.

MOTIONS IN LIMINE

All motions in limine are to be filed with the court at least seven days before trial begins, unless otherwise ordered by the court.



Failure to comply with this Order may subject the non-complying party and/or its attorneys to sanctions.

The Clerk of the Court shall serve, by United States mail, copies of this Order on counsel for the parties in this matter.

IT IS SO ORDERED.

DATED: *April 2, 2002*

_____
DAVID SAM
SENIOR JUDGE
U.S. DISTRICT COURT

kam

United States District Court
for the
District of Utah
April 3, 2002


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-cv-00213


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Michael W Homer, Esq.
    SUITTER AXLAND
    PO BOX 45101
    175 S WEST TEMPLE #700
    SALT LAKE CITY, UT  84145-1480
    JFAX 9,5327355

    Arthur International
    c/o David Higham
    355 N 550 E
    EPHRAIM, UT  84627

    Kenneth Hall
    206 BROADWATER ROAD
    WEST MALLING, KENT
    ME19 6HU  ENGLAND,
    UK

    Thomas Alhmann
    THE COPPINS, COPPER TREE COURT
    MAIDSTONE, KENT ME15 9RW,
    UK

    Ms Mona Lyman Burton, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT  84133
    JFAX 9,5214252