# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. David Sam

COURT REPORTER: None
COURTROOM DEPUTY: Mary Jane McNamee
INTERPRETER:

CASE NO. 2:01-cv-00213 S

Church of Scientology v. David Higham

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Mark Morrise
Dft

DATE: 07/11/2002

MATTER SET: Phone Conference

DOCKET ENTRY:

Per instructions from counsel for plaintiff, Mr. Mark Morrise, the case has settled and settlement documents are now being circulated. Trial date may be stricken.

27