Mona Lyman Burton (5399)
**MCKAY, BURTON & THURMAN**
600 Gateway Tower East
10 E. South Temple
Salt Lake City, UT 84133
Telephone: (801) 521-4135
Facsimile: (801) 521-4252



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff | ) ) | Case No. 2:01CV213S |
| vs. | ) ) | Judge Sam |
| ARTHUR INTERNATIONAL, INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 through 10, | ) ) ) ) | |
| Defendants | ) | |

Church of Scientology International, Plaintiff, and David Higham, a Defendant, having settled all disputes between them, hereby stipulate that the above matter may be dismissed with prejudice, each party to bear its own costs.

Dated:  July ___, 2002.

1



SUITTER AXLAND

By: _____
Michael W. Homer

McKAY, BURTON & THURMAN

By: _____
Mona Lyman Burton

2