*Order Prepared and Submitted By:*

Mona Lyman Burton (5399)
**MCKAY, BURTON & THURMAN**
600 Gateway Tower East
10 E. South Temple
Salt Lake City, UT 84133
Telephone: (801) 521-4135
Facsimile: (801) 521-4252



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California non-profit religious corporation, | ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiff | ) ) | Case No. 2:01CV213S |
| vs. | ) ) | Judge Sam |
| ARTHUR INTERNATIONAL, INC., a dissolved Utah corporation, DAVID HIGHAM, SILVIA M. CARVALHO, KENNETH HALL, THOMAS ALHMANN, and DOES 1 through 10, | ) ) ) ) ) | |
| Defendants | ) | |

Based on the Stipulation of the parties and good cause appearing, it is hereby

ORDERED that the above case is dismissed with prejudice, each party to bear it own costs.

Dated: August 7, 2002.

29

BY THE COURT:

*[signature]*

Judge Presiding
Case # 2:01 CV 213 S

Approved as to form:

*[signature]*

Michael W. Homer, counsel for Plaintiff

2

kam

United States District Court
for the
District of Utah
August 8, 2002


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-cv-00213


True and correct copies of the attached were either mailed or faxed by the clerk to the following:


    Mr. Michael W Homer, Esq.
    SUITTER AXLAND
    PO BOX 45101
    175 S WEST TEMPLE #700
    SALT LAKE CITY, UT  84145-1480
    JFAX 9,5327355

    Arthur International
    c/o David Higham
    355 N 550 E
    EPHRAIM, UT  84627

    Kenneth Hall
    206 BROADWATER ROAD
    WEST MALLING, KENT
    ME19 6HU  ENGLAND,
    UK

    Thomas Alhmann
    THE COPPINS, COPPER TREE COURT
    MAIDSTONE, KENT ME15 9RW,
    UK

    Ms Mona Lyman Burton, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT  84133
    JFAX 9,5214252